IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-05-506 |
| Francisco Valerio Elizalde-Sanchez | § | |

# ORDER

BE IT REMEMBERED on this **27** day of **September, 2005**, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **July 8, 2005**, wherein the defendant **Francisco Valerio Elizalde-Sanchez** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Francisco Valerio Elizalde-Sanchez** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Francisco Valerio Elizalde-Sanchez, guilty of the offense of alien attempting entry into the United States after deportation, having been convicted of an aggravated felony, in violation of 8 U.S.C. 1326 (a) and (b).**

SIGNED this the **27** day of **September**, 20**05**.

_____
Hilda G. Tagle
United States District Judge